UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-03303-FLA-KS | Date | December 27, 2022 |
| Title | Justin Boisvert v. Carbon IQ, Inc. et al | | |

| Present: The Honorable | FERNANDO L. AENLLE-ROCHA<br>UNITED STATES DISTRICT JUDGE |
|---|---|

| Twyla Freeman | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) ORDER RE NOTICE OF WITHDRAWAL OF MOTION TO REMAND**

In light of Plaintiff Justin Boisvert filing a Notice of Withdrawal of Motion to Remand, the hearing on Plaintiff's Motion to Remand (Dkt. 11) is VACATED.

**IT IS SO ORDERED.**

|  |  | 00 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer | tf | | |